AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| <u>STATE OF LOUISIANA, et al.</u> | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:21–CV–00778–TAD–KK |
| | ) Judge Terry A Doughty |
| <u>JOSEPH R BIDEN, JR , et al.</u> | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**U.S. ATTORNEY**
**WESTERN DISTRICT OF LOUISIANA**
**800 LAFAYETTE ST., STE: 2200**
**LAFAYETTE, LA 70501–6832**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Elizabeth Baker Murrill**
> **LA Atty Generals Office (94005)**
> **P O Box 94005**
> **Baton Rouge, LA 70804–9005**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/24/2021

/s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:21–CV–00778–TAD–KK

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **U.S. ATTORNEY**
**WESTERN DISTRICT OF LOUISIANA**
**800 LAFAYETTE ST., STE: 2200**
**LAFAYETTE, LA 70501–6832** was received by me on *(date)*_____.

- I personally served the summons on **U.S. ATTORNEY**
  **WESTERN DISTRICT OF LOUISIANA**
  **800 LAFAYETTE ST., STE: 2200**
  **LAFAYETTE, LA 70501–6832** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:21–CV–00778–TAD–KK |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**ATTN: CIVIL PROCESS CLERK**
**U.S. ATTORNEY GENERAL**
**950 PENNSYLVANIA AVENUE, N.W.**
**WASHINGTON, D.C. 20530–0001**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Elizabeth Baker Murrill**
> **LA Atty Generals Office (94005)**
> **P O Box 94005**
> **Baton Rouge, LA 70804–9005**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  3/24/2021        /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:21–CV–00778–TAD–KK

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **ATTN: CIVIL PROCESS CLERK**
**U.S. ATTORNEY GENERAL**
**950 PENNSYLVANIA AVENUE, N.W.**
**WASHINGTON, D.C. 20530–0001**
was received by me on *(date)*_____.

- I personally served the summons on **ATTN: CIVIL PROCESS CLERK**
  **U.S. ATTORNEY GENERAL**
  **950 PENNSYLVANIA AVENUE, N.W.**
  **WASHINGTON, D.C. 20530–0001**
  at *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____            _____
                                                               *Server's signature*

                                                       _____
                                                               *Printed name and title*

                                                       _____
                                                               *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| <u>STATE OF LOUISIANA, et al.</u> | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:21−CV−00778−TAD−KK |
| | ) Judge Terry A Doughty |
| <u>JOSEPH R BIDEN, JR , et al.</u> | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Joseph R Biden Jr**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Elizabeth Baker Murrill**
> **LA Atty Generals Office (94005)**
> **P O Box 94005**
> **Baton Rouge, LA 70804−9005**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  3/24/2021

 /s/ − Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:21–CV–00778–TAD–KK

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Joseph R Biden Jr** was received by me on *(date)*_____.

- I personally served the summons on **Joseph R Biden Jr** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| <u>STATE OF LOUISIANA, et al.</u> | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:21−CV−00778−TAD−KK |
| | ) Judge Terry A Doughty |
| <u>JOSEPH R BIDEN, JR , et al.</u> | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Deb Haaland**


A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Elizabeth Baker Murrill**
> **LA Atty Generals Office (94005)**
> **P O Box 94005**
> **Baton Rouge, LA 70804−9005**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/24/2021

 /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:21–CV–00778–TAD–KK

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Deb Haaland** was received by me on *(date)*_____.

- I personally served the summons on **Deb Haaland** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                                    *Server's signature*


                                                                    _____
                                                                    *Printed name and title*


                                                                    _____
                                                                    *Server's address*


Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| <u>STATE OF LOUISIANA, et al.</u> | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:21−CV−00778−TAD−KK |
| | ) Judge Terry A Doughty |
| <u>JOSEPH R BIDEN, JR , et al.</u> | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Michael Nedd**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Elizabeth Baker Murrill**
> **LA Atty Generals Office (94005)**
> **P O Box 94005**
> **Baton Rouge, LA 70804−9005**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  __3/24/2021__

__/s/ – Tony R. Moore__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:21–CV–00778–TAD–KK
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Michael Nedd** was received by me on *(date)*_____.

- I personally served the summons on **Michael Nedd** at *(place)*_____
_____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there, on *(date)*
_____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

- I returned the summons unexecuted because _____
_____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

|  |  |
|---|---|
| <u>STATE OF LOUISIANA, et al.</u> | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:21−CV−00778−TAD−KK |
|  | ) Judge Terry A Doughty |
| <u>JOSEPH R BIDEN, JR , et al.</u> | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Chad Padgett**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Elizabeth Baker Murrill**
> **LA Atty Generals Office (94005)**
> **P O Box 94005**
> **Baton Rouge, LA 70804−9005**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/24/2021

/s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:21–CV–00778–TAD–KK

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Chad Padgett** was received by me on *(date)*_____.

- I personally served the summons on **Chad Padgett** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                          *Server's signature*

                                                          _____
                                                          *Printed name and title*

                                                          _____
                                                          *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| <u>STATE OF LOUISIANA, et al.</u><br>Plaintiff<br><br>v.<br><br><u>JOSEPH R BIDEN, JR , et al.</u><br>Defendant | )<br>)<br>)  Civil Action No. 2:21–CV–00778–TAD–KK<br>)  Judge Terry A Doughty<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To:
**Raymond Suazo**

      A lawsuit has been filed against you.

      Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

               **Elizabeth Baker Murrill**
               **LA Atty Generals Office (94005)**
               **P O Box 94005**
               **Baton Rouge, LA 70804–9005**

      If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  __3/24/2021__

      __/s/ – Tony R. Moore__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:21–CV–00778–TAD–KK

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Raymond Suazo** was received by me on *(date)*_____.

- I personally served the summons on **Raymond Suazo** at *(place)*_____
_____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there, on *(date)*
_____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

- I returned the summons unexecuted because _____
_____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                              *Server's signature*

                                                              _____
                                                              *Printed name and title*

                                                              _____
                                                              *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| <u>STATE OF LOUISIANA, et al.</u> | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:21–CV–00778–TAD–KK |
| | ) Judge Terry A Doughty |
| <u>JOSEPH R BIDEN, JR , et al.</u> | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Karen Mouritsen**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Elizabeth Baker Murrill**
> **LA Atty Generals Office (94005)**
> **P O Box 94005**
> **Baton Rouge, LA 70804–9005**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/24/2021

  /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:21–CV–00778–TAD–KK

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Karen Mouritsen** was received by me on *(date)*_____.

- I personally served the summons on **Karen Mouritsen** at *(place)*_____
_____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*_____
_____ , a person of suitable age and discretion who resides there, on *(date)*
_____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

- I returned the summons unexecuted because _____
_____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:21–CV–00778–TAD–KK |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Jamie Connell**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Elizabeth Baker Murrill**
> **LA Atty Generals Office (94005)**
> **P O Box 94005**
> **Baton Rouge, LA 70804–9005**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  3/24/2021 

 /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:21–CV–00778–TAD–KK
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Jamie Connell** was received by me on *(date)*_____.

- I personally served the summons on **Jamie Connell** at *(place)*_____
_____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there, on *(date)*
_____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

- I returned the summons unexecuted because _____
_____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                            *Server's signature*

                                                  _____
                                                            *Printed name and title*

                                                  _____
                                                            *Server's address*


Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| <u>STATE OF LOUISIANA, et al.</u> | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:21–CV–00778–TAD–KK |
| | ) Judge Terry A Doughty |
| <u>JOSEPH R BIDEN, JR , et al.</u> | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Mitchell Leverette**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Elizabeth Baker Murrill**
> **LA Atty Generals Office (94005)**
> **P O Box 94005**
> **Baton Rouge, LA 70804–9005**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/24/2021

  /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:21–CV–00778–TAD–KK

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Mitchell Leverette** was received by me on *(date)*_____.

- I personally served the summons on **Mitchell Leverette** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____               _____
                                                                    *Server's signature*

                                                          _____
                                                                    *Printed name and title*


                                                          _____
                                                                    *Server's address*


Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:21–CV–00778–TAD–KK |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**John Ruhs**

    A lawsuit has been filed against you.

    Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Elizabeth Baker Murrill**
> **LA Atty Generals Office (94005)**
> **P O Box 94005**
> **Baton Rouge, LA 70804–9005**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/24/2021

    /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:21–CV–00778–TAD–KK
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **John Ruhs** was received by me on *(date)*_____.

- I personally served the summons on **John Ruhs** at *(place)*_____
_____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there, on *(date)*
_____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

- I returned the summons unexecuted because _____
_____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____           _____
                                                                          *Server's signature*

                                                                          _____
                                                                          *Printed name and title*

                                                                          _____
                                                                          *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| <u>STATE OF LOUISIANA, et al.</u> | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:21–CV–00778–TAD–KK |
| | ) Judge Terry A Doughty |
| <u>JOSEPH R BIDEN, JR , et al.</u> | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**John Mehlhoff**


A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Elizabeth Baker Murrill**
> **LA Atty Generals Office (94005)**
> **P O Box 94005**
> **Baton Rouge, LA 70804–9005**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/24/2021

/s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:21–CV–00778–TAD–KK
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **John Mehlhoff** was received by me on *(date)*_____.

- I personally served the summons on **John Mehlhoff** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                                                    *Server's signature*

                                                                        _____
                                                                                    *Printed name and title*

                                                                        _____
                                                                                    *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| <u>STATE OF LOUISIANA, et al.</u> | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:21–CV–00778–TAD–KK |
| | ) Judge Terry A Doughty |
| <u>JOSEPH R BIDEN, JR , et al.</u> | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Jon Raby**

     A lawsuit has been filed against you.

     Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Elizabeth Baker Murrill**
> **LA Atty Generals Office (94005)**
> **P O Box 94005**
> **Baton Rouge, LA 70804–9005**

     If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  <u>3/24/2021</u>             <u>/s/ – Tony R. Moore</u>

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:21–CV–00778–TAD–KK
## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **Jon Raby** was received by me on *(date)*_____.

- I personally served the summons on **Jon Raby** at *(place)*_____
_____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there, on *(date)*
_____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

- I returned the summons unexecuted because _____
_____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                                                    *Server's signature*

                                                             _____
                                                                    *Printed name and title*


                                                             _____
                                                                    *Server's address*



Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| <u>STATE OF LOUISIANA, et al.</u> | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:21–CV–00778–TAD–KK |
| | ) Judge Terry A Doughty |
| <u>JOSEPH R BIDEN, JR , et al.</u> | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Steve Wells**

      A lawsuit has been filed against you.

      Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Elizabeth Baker Murrill**
> **LA Atty Generals Office (94005)**
> **P O Box 94005**
> **Baton Rouge, LA 70804–9005**

      If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  __3/24/2021__

         _/s/ – Tony R. Moore_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:21–CV–00778–TAD–KK

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Steve Wells** was received by me on *(date)*_____.

- I personally served the summons on **Steve Wells** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                                                *Server's signature*

                                                      _____
                                                                *Printed name and title*


                                                      _____
                                                                *Server's address*



Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

<table>
<tr><td>STATE OF LOUISIANA, et al.</td><td>)</td><td></td></tr>
<tr><td>Plaintiff</td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No. 2:21–CV–00778–TAD–KK</td></tr>
<tr><td></td><td>)</td><td>Judge Terry A Doughty</td></tr>
<tr><td>JOSEPH R BIDEN, JR , et al.</td><td>)</td><td></td></tr>
<tr><td>Defendant</td><td>)</td><td></td></tr>
</table>

### SUMMONS IN A CIVIL ACTION

To:
**Barry Bushue**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Elizabeth Baker Murrill**
> **LA Atty Generals Office (94005)**
> **P O Box 94005**
> **Baton Rouge, LA 70804–9005**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  3/24/2021

 /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:21–CV–00778–TAD–KK

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Barry Bushue** was received by me on *(date)*_____.

- I personally served the summons on **Barry Bushue** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                  *Server's signature*

                                       _____
                                                  *Printed name and title*


                                       _____
                                                  *Server's address*


Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| <u>STATE OF LOUISIANA, et al.</u> | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:21–CV–00778–TAD–KK |
| | ) Judge Terry A Doughty |
| <u>JOSEPH R BIDEN, JR , et al.</u> | ) |
| Defendant | ) |

**SUMMONS IN A CIVIL ACTION**

To:
**Greg Sheehan**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Elizabeth Baker Murrill**
> **LA Atty Generals Office (94005)**
> **P O Box 94005**
> **Baton Rouge, LA 70804–9005**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  __3/24/2021__

_/s/ – Tony R. Moore_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:21–CV–00778–TAD–KK

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Greg Sheehan** was received by me on *(date)*_____.

• I personally served the summons on **Greg Sheehan** at *(place)*_____
_____ on *(date)*_____; or

• I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there, on *(date)*
_____ , and mailed a copy to the individual's last known address; or

• I served the summons on *(name of individual)* _____, who is designated by law
to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

• I returned the summons unexecuted because _____
_____; or

• Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| <u>STATE OF LOUISIANA, et al.</u> <br> Plaintiff <br> v. <br> <u>JOSEPH R BIDEN, JR , et al.</u> <br> Defendant | ) <br> ) <br> ) Civil Action No. 2:21–CV–00778–TAD–KK <br> ) Judge Terry A Doughty <br> ) <br> ) |

### SUMMONS IN A CIVIL ACTION

To:
**Kim Liebhauser**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Elizabeth Baker Murrill**
> **LA Atty Generals Office (94005)**
> **P O Box 94005**
> **Baton Rouge, LA 70804–9005**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __3/24/2021__                                        _/s/ – Tony R. Moore_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:21–CV–00778–TAD–KK

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Kim Liebhauser** was received by me on *(date)*_____.

- I personally served the summons on **Kim Liebhauser** at *(place)*_____
_____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there, on *(date)*
_____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

- I returned the summons unexecuted because _____
_____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____            _____
                                                                   *Server's signature*

                                                                   _____
                                                                   *Printed name and title*

                                                                   _____
                                                                   *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

<table>
<tr><td>STATE OF LOUISIANA, et al.</td><td>)</td><td></td></tr>
<tr><td style="text-align:center">Plaintiff</td><td>)</td><td></td></tr>
<tr><td style="text-align:center">v.</td><td>)</td><td>Civil Action No. 2:21−CV−00778−TAD−KK</td></tr>
<tr><td></td><td>)</td><td>Judge Terry A Doughty</td></tr>
<tr><td>JOSEPH R BIDEN, JR , et al.</td><td>)</td><td></td></tr>
<tr><td style="text-align:center">Defendant</td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To:
**Amanda Lefton**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Elizabeth Baker Murrill**
> **LA Atty Generals Office (94005)**
> **P O Box 94005**
> **Baton Rouge, LA 70804−9005**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/24/2021                                             /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:21–CV–00778–TAD–KK

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Amanda Lefton** was received by me on *(date)*_____.

- I personally served the summons on **Amanda Lefton** at *(place)*_____
_____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there, on *(date)*
_____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

- I returned the summons unexecuted because _____
_____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____              _____
                                                                    *Server's signature*

                                                          _____
                                                                    *Printed name and title*

                                                          _____
                                                                    *Server's address*


Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| <u>STATE OF LOUISIANA, et al.</u> | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:21−CV−00778−TAD−KK |
| | ) Judge Terry A Doughty |
| <u>JOSEPH R BIDEN, JR , et al.</u> | ) |
| Defendant | ) |

**SUMMONS IN A CIVIL ACTION**

To:
**Michael Celata**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Elizabeth Baker Murrill**
> **LA Atty Generals Office (94005)**
> **P O Box 94005**
> **Baton Rouge, LA 70804−9005**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  __3/24/2021__                                        __/s/ − Tony R. Moore__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:21–CV–00778–TAD–KK

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Michael Celata** was received by me on *(date)*_____.

- I personally served the summons on **Michael Celata** at *(place)*_____
_____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*_____
_____ , a person of suitable age and discretion who resides there, on *(date)*
_____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

- I returned the summons unexecuted because _____
_____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| <u>STATE OF LOUISIANA, et al.</u> | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:21–CV–00778–TAD–KK |
| | ) Judge Terry A Doughty |
| <u>JOSEPH R BIDEN, JR , et al.</u> | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Lars Herbst**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Elizabeth Baker Murrill**
> **LA Atty Generals Office (94005)**
> **P O Box 94005**
> **Baton Rouge, LA 70804–9005**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  __3/24/2021__

__/s/ – Tony R. Moore__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:21–CV–00778–TAD–KK

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Lars Herbst** was received by me on *(date)*_____.

- I personally served the summons on **Lars Herbst** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:21–CV–00778–TAD–KK |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Mark Fesmire**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Elizabeth Baker Murrill**
> **LA Atty Generals Office (94005)**
> **P O Box 94005**
> **Baton Rouge, LA 70804–9005**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __3/24/2021__

__/s/ – Tony R. Moore__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:21–CV–00778–TAD–KK

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Mark Fesmire** was received by me on *(date)*_____.

- I personally served the summons on **Mark Fesmire** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc: