**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA**

THE STATE OF LOUISIANA,
By and through its Attorney General, JEFF
LANDRY, et al.,

PLAINTIFFS,

v.

JOSEPH R. BIDEN, JR., in his official capacity
as President of the United States; et al.,

DEFENDANTS.

CIVIL ACTION NO. 2:21-cv-778-TAD-KK

**[Proposed] Preliminary Injunction**

The Court has considered Plaintiff States' Motion for a Preliminary Injunction and the Memorandum and exhibits attached thereto, the applicable law, and Plaintiff States' Complaint. On the basis of these pleadings and papers, this Court hereby concludes that (1) Plaintiff States are substantially likely to prevail on the merits of their claim that Defendants are in violation of the Outer Continental Shelf Lands Act (OCSLA), Mineral Leasing Act (MLA), and Administrative Procedure Act (APA); (2) that, without a preliminary injunction, Plaintiff States will incur immediate and irreparable harm to their sovereign, quasi-sovereign, and proprietary interests; (3) that the harm to Plaintiff States outweighs the harm to any legitimate interest of Defendants caused by granting injunctive relief; and (4) that entry of this order will serve the public interest. Accordingly,

**IT IS ORDERED** that Defendants, in their official capacities; their servants, agents, and employees; and all persons in active concert or participation with them, who receive actual Notice of this Preliminary Injunction, and until a full trial on the merits is had, are hereby enjoined from enforcing the OCSLA and MLA Leasing Moratoriums, or promulgating or implementing any actions taken pursuant to the Leasing Moratoriums including, but not limited to, the Recission of Lease Sale 257, the postponement of Lease Sale 258, and the postponements of MLA quarterly lease sales;

**IT IS FURTHER ORDERED** that Defendants shall file with this Court and serve on Plaintiff States within ____ days from the date of entry of this Preliminary Injunction a report in writing setting forth in detail the manner in which Defendants have complied with the terms of this Preliminary Injunction; and

**IT IS FURTHER ORDERED** that this Order shall become effective immediately and shall expire at ____ o'clock a.m./p.m. on _____, unless it is further extended by order of this Court.

Signed this ____ day of _____, 2021

_____

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**