*(Rev. 11/30/2018)*

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

STATE OF LOUISIANA, et al.
Plaintiff

VS.

JOSEPH R. BIDEN, JR., et al.
Defendant

Case No. 2:21-cv-00778

Judge Terry A. Doughty

Magistrate Judge Kathleen Kay

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of the State of Alaska in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of Colorado or the bar of _____ court, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Elizabeth B. Murrill of the firm of Louisiana Department of Justice is appointed a local counsel.

Page 1 of 3

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

_____  
Signature of Applying Attorney

Applying attorney must sign. No "s/ signature" accepted.

PLEASE TYPE OR PRINT LEGIBLY:

Name: Ronald W. Opsahl

Firm: Alaska Department of Law

Address: 1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501

Telephone: (907) 269-5100

Fax:

E-mail: ron.opsahl@alaska.gov

Additional e-mail(s):
leilani.tufaga@alaska.gov

_____  
*Elizabeth Murrill*  
Signature of Local Counsel

Local counsel may use typed "s/ signature" and must file electronically.

LOCAL COUNSEL INFORMATION:

Name: Elizabeth B. Murrill

Firm: Louisiana Department of Justice

Address: 1885 N. Third St.
Baton Rouge, LA 70804

Telephone: (225) 326-6766

Fax:

E-mail: emurrill@ag.louisiana.gov

## Certificate of Service

See Federal Rule of Civil Procedure 5(d)(1)(B) and Federal Rule of Criminal Procedure 49(b)(1) to determine whether a certificate of service is required for this case and insert one, as needed. The Court may issue a deficiency for lack of a certificate.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

STATE OF LOUISIANA, et al.
Plaintiff

VS.

JOSEPH R. BIDEN, JR., et al.
Defendant

Case No. 2:21-cv-00778

Judge Terry A. Doughty

Magistrate Judge Kathleen Kay

**ORDER**

IT IS ORDERED that Ronald W. Opsahl be and is hereby admitted to the bar of this Court pro hac vice on behalf of the State of Alaska in the above described action.

SO ORDERED on this, the _____ day of _____, _____.

_____
U.S. Magistrate Judge