## Receipt 1

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Barry Bushue   BLM
   1220 S.W. 3rd Avenue
   Portland, OR 97204

   9590 9402 5564 9249 4376 28

2. Article Number (Transfer from service label)

   7019 2280 0000 5049 8692

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

A. Signature: X mailCarrier — ☐ Agent ☐ Addressee
B. Received by (Printed Name): In mailbox
C. Date of Delivery: 4-1
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type / (options listed)

## Receipt 2

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney
   Western District of LA
   800 Lafayette St. Ste. 2200
   Lafayette, LA 70501-6832

   9590 9402 5564 9249 4377 72

2. Article Number (Transfer from service label)

   7019 2280 0000 5049 8548

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature: X Reid Morton — ☒ Agent ☐ Addressee
B. Received by (Printed Name): Reid Morton
C. Date of Delivery: 3-29-21
D. Is delivery address different from item 1? ☐ Yes ☒ No

3. Service Type: ☒ Certified Mail®

## Receipt 3

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   U.S. Attorney General
   950 Pennsylvania Ave. NW
   Washington, DC 20530-0001

   9590 9402 5564 9249 4377 65

2. Article Number (Transfer from service label)

   7019 2280 0000 5049 8555

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature: X — ☐ Agent ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes ☐ No

APR 5 2021

3. Service Type: ☒ Certified Mail®