UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY, et al., <br><br>     *Plaintiffs,* <br><br> v. <br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al., <br><br>     *Defendants*, <br><br>and <br><br>HEALTHY GULF, et al., <br><br>     *Intervenor-Defendants.* | Civ. No.: 2:21-cv-00778-TAD-KK <br><br>Judge: Terry A. Doughty <br><br>Mag. Judge: Kathleen Kay |

**[PROPOSED] ORDER**

  Upon consideration of the Motion to Intervene by Healthy Gulf, Center for Biological Diversity, Cook Inletkeeper, Defenders of Wildlife, Friends of the Earth, Natural Resources Defense Council, Oceana, Sierra Club, and The Wilderness Society, it is hereby ORDERED that the motion is GRANTED.  The Proposed Answer in Intervention, which accompanied the motion to intervene, shall be deemed to have been filed and served by ECF on the date of this Order.

Dated: _____

                  _____
                  KATHLEEN KAY
                  UNITED STATES MAGISTRATE JUDGE