# EXHIBIT B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY, et al., <br>        *Plaintiffs,* <br> v. <br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al., <br>        *Defendants*, <br> and <br> HEALTHY GULF, et al., <br>       *Intervenor-Defendants*. | Civ. No.:  2:21-cv-00778-TAD-KK <br><br> Judge:   Terry A. Doughty <br><br> Mag. Judge: Kathleen Kay |

**DECLARATION OF TAYLOR MCKINNON**

I, Taylor McKinnon, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge. If called as a witness in these proceedings, I could and would testify competently to these facts.

2. I am the Senior Public Lands Campaigner at the Center for Biological Diversity ("CBD"), and in this role, I work to protect public lands and endangered species in the United States with a focus on curbing federal fossil fuel development on public lands. CBD is a membership based 501(c)(3) non-profit corporation that is incorporated in California, whose primary mission is to protect threatened and endangered species and their habitats both in the United States and abroad. CBD relies upon the voluntary contributions of members, supporters, and donors to support its operations and its members and supporters rely on CBD to advocate for them on behalf of CBD's organizational mission.

1

3. CBD and its members include individuals with varying interests in wildlife species and their habitat ranging from scientific, professional, and educational, to recreational, aesthetic, moral, and spiritual. Further, CBD's members enjoy, on an ongoing basis, the biological, scientific, research, educational, conservation, recreational, and aesthetic values of the regions inhabited by these species, including the areas impacted by this litigation. CBD's members observe and study native species and their habitat, and derive professional, scientific, educational, recreational, aesthetic, inspirational, and other benefits from these activities and have an interest in preserving the possibility of such activities in the future. CBD's members have participated in efforts to protect and preserve natural areas, including the habitat essential to the continued survival of native species, and to address threats to the continued existence of these species.

4. CBD has an interest in ensuring the preservation, protection, and restoration of biodiversity, native species, ecosystems, climate conditions, public lands and waters, and public health through science, policy, and environmental law. Based on the understanding that the health and vigor of human societies and the integrity and wildness of the natural environment are closely linked, CBD is working to secure a future for animals and plants hovering on the brink of extinction, for the ecosystems they need to survive, and for a healthy, livable future.

5. CBD's activities include public education, advocacy, litigation to enforce environmental laws, and participation in the government's decision-making process at the administrative level. In pursuit of its mission, CBD has undertaken numerous actions to help protect species affected by oil and gas activities including sperm whales, humpback whales, beaked whales, North Atlantic right whales, Gulf of Mexico Bryde's whales (now known as Rice's whales), Cook Inlet beluga whales, polar bears, loggerhead sea turtles, leatherback sea turtles, Kemp's Ridley sea turtles, and corals, among others. CBD has, for example, petitioned the federal government and taken legal actions to protect many of these species under the Endangered Species Act ("ESA") or to designate critical habitat.

6. CBD has actively campaigned for several years to persuade the Bureau of Land Management ("BLM") and Bureau of Ocean Energy Management ("BOEM") to comply with federal environmental laws, such as the National Environmental Policy Act ("NEPA") and the ESA, as well as BLM's own mandate under the Federal Land Policy and Management Act ("FLMPA") to manage public lands "without permanent impairment of the productivity of the land and the quality of the environment," and BOEM's mandate under the Outer Continental Shelf Lands Act to "balance" offshore oil development "with protection of the human, marine, and coastal environments" and ensure such development "meet[s] the Nation's energy needs as rapidly as possible."

7. CBD has also filed litigation to protect species from oil spills, water pollution, noise pollution, and other harms from the oil and gas industry. For example, CBD has filed litigation challenging BOEM's approval of the use of offshore fracking in federal waters off California without adequately analyzing the risks to the environment or endangered species, and litigation challenging rules that allow the take of marine mammals incidental to oil and gas activities in Cook Inlet. CBD has also filed litigation against BOEM for holding lease sales in the Gulf of Mexico without first carefully studying the environmental impacts of oil and gas activities as required by NEPA. CBD has also, where substantiated, filed administrative protests under BLM's regulations and manual where BLM's federal oil and gas lease sales have violated federal environmental protection laws, such as NEPA and the ESA. The leasing of these public lands pending the federal government's commitment to conduct a comprehensive review of oil and gas leasing and permitting, and without following NEPA and its implementing regulations, would pose a threat to sensitive species and their habitat, public lands and waters, and public health and safety.

8. CBD has over 84,300 members, including those living in Alaska, New Mexico, Texas, Oklahoma, Utah, Montana, the Dakotas, Wyoming, Colorado, and the Eastern States (including Mississippi, Michigan, Louisiana, Alabama, Arkansas, Ohio, Pennsylvania, and Kentucky), on or near public lands where oil and gas development is occurring or has been

proposed. For example, some members reside on "split estate" lands where the federal government owns the minerals underlying their property, or they live in close proximity to federal lands where oil and gas development has been proposed. Numerous CBD members have also visited these lands for recreational, scientific, educational, and other pursuits and intend to continue to do so in the future, and are particularly interested in protecting the many native, imperiled, and sensitive species and their habitats that may be affected by the BLM's and BOEM's oil and gas leasing. Numerous CBD members also regularly visit the shores and waters of Cook Inlet and the Gulf of Mexico to recreate, look for, and observe various species of wildlife. CBD members, for example, regularly ski, hike, or run along Cook Inlet looking for Cook Inlet beluga whales. They have enjoyed seeing these animals on numerous occasions but worry that noise pollution, oil spills, and other threats from expanded oil and gas activity in the Inlet will make it harder for these critically endangered whales to survive and recover, interfering with their ability to see these animals in the future. Other CBD members recreate in, and along the shores of, the Gulf of Mexico. They go there to look for sea turtles and other animals and intend to do so in the future. They worry that oil spills, water pollution, and greenhouse gas emissions from oil and gas activity will harm sea turtles, including highly imperiled Kemp's Ridley sea turtles, and their ability to observe these and other sea turtles nesting and swimming in the ocean.

      9.      I regularly use public lands for recreational, artistic, scientific, and familial purposes. I frequently travel to, explore, fish, bike, snowboard, run, hike, observe wildlife, and camp on public lands throughout the western United States. I usually do so with family and friends. I am an amateur landscape, nature, and wildlife photographer. Most of my subjects are nature scenes and wildlife on public lands. Industrialization and pollution from oil and gas development harms my use and enjoyment of public lands. I have encountered extensive oil and gas industrialization while visiting public lands in southern and north-eastern Utah; in northwestern New Mexico; in southeastern Wyoming; and along Colorado's western slope. This industrialization, because of its impacts to scenery and ecosystems, has precluded my camping,

photography, and other uses of public lands. For example, I choose not to camp near oil and gas development because industrialization is unsightly, and the associated truck traffic, dust, and noise is bothersome. I do not photograph nature scenes that include oil and gas development because its industrialization often ruins otherwise aesthetically pleasing scenes. Oil and gas development has made it extremely difficult to photograph greater sage-grouse, whose populations have crashed at the hand of development, making the birds rare and vulnerable to human disturbance. Despite always visiting public lands with my camera and bird photography lens, I have only photographed mating grouse in Nevada's Monitor Valley which, though undeveloped, was ironically slated for oil and gas leasing.  Even from far away, lights from oil and gas development have foreclosed my ability to photograph western public lands under a night sky because those scenes would have been marred by oil and gas light pollution.  For these and other reasons, I choose to avoid visiting public lands with oil and gas development, which constrains the places, routes, and activities that would otherwise choose.

10. In addition, many CBD members use domestic water wells or streams for drinking water, stock watering, fishing, and other purposes that may be impacted by nearby federal oil and gas development.

11. CBD regularly participates in BLM and BOEM's NEPA processes for federal oil and gas lease sales. As part of this participation, CBD provides public comments to identify issues that need to be addressed and analyzed in NEPA documents ("scoping comments"). CBD also reviews and provides comments on BLM's and BOEM's draft Environmental Assessments ("EA") and Finding of No Significant Impact ("FONSI"), or draft Environmental Impact Statements ("EIS").

12. CBD's advocacy in federal oil and gas leasing processes focus on three principal areas of concern. The first is on attempting to mitigate impacts to threatened, endangered, and sensitive species and their habitats from oil and gas leasing activity, by providing scientific and geographic information regarding species and habitats that may be adversely affected by oil and gas development.

13. The second focus of CBD's federal oil and gas leasing activity concerns efforts to ensure that planning, leasing, and environmental analysis processes adequately consider scientific and other information regarding the air, water, seismic, and public health impacts of unconventional drilling technologies and methods such as hydraulic fracturing.

14. The third aspect of the CBD's leasing advocacy concerns efforts to require environmental analysis of the greenhouse gas emission consequences of federal fossil fuel leasing decisions, and to ensure that public lands and offshore waters energy policies consider the effects relating to climate change.

15. The 2021 pause in oil and gas leasing and announced comprehensive review greatly enhances CBD and its members' ability to obtain relevant information regarding the lands and resources that may be affected by proposed oil and gas lease sales.

16. Since 2014, CBD has actively participated in BLM oil and gas leasing process by commenting on proposed sales and Environmental Assessments, filing administrative protests of proposed lease sales, and engaging in scientific, educational, and public outreach efforts to inform the public regarding the climate and other environmental consequences of BLM's oil and gas leasing programs.

17. From 2017 to 2021, CBD submitted comments on and/or filed formal protests against NEPA plans and decisions approving the following onshore oil and gas lease sales in the Lower 48, listed here by BLM State Office and lease sale date:

| | |
|---|---|
| Colorado, November 2015 | Colorado, March 2017 |
| Utah, February 2016 | Colorado, June 2017 |
| New Mexico, April 2016 | Colorado, December 2017 |
| Colorado, May 2016 | Eastern States, March 2017 |
| Montana, May 2016 | Eastern States, September 2017 |
| Dakotas, July 2016 | Eastern States, December 2017 |
| New Mexico, July 2016 | Montana, June 2017 |
| Eastern States, September 2016 | Montana, December 2017 |
| Colorado, November 2016 | New Mexico, June 2017 |
| Utah, November 2016 | Nevada, March 2017 |
| New Mexico, January 2017 | Nevada, June 2017 |
| New Mexico, April 2017 | Nevada, September 2017 |

| | |
|---|---|
| Nevada, December 2017 | Wyoming, June 2019 |
| Utah, September 2017 | Montana, July 2019 |
| Utah, December 2017 | Colorado, September 2019 |
| Wyoming, June 2017 | Eastern States, September 2019 |
| Wyoming, September 2017 | Montana, September 2019 |
| Arizona, September 2018 | Utah, September 2019 |
| Colorado, March 2018 | Wyoming, September 2019 |
| Colorado, June 2018 | New Mexico, November 2019 |
| Colorado, September 2018 | Eastern States, December 2019 |
| Eastern States, March 2018 | Montana, December 2019 |
| Eastern States, Sept 2018 | Utah, December 2019 |
| Montana, March 13, 2018 | Wyoming, December 2019 |
| Nevada, March 13, 2018 | New Mexico, February 2020 |
| Nevada, June 2018 | Colorado, March 2020 |
| Nevada, September 2018 | Eastern States, March 2020 |
| Nevada, December 2018 | Montana, March 2020 |
| Utah, March 20, 2018 | Utah, March 2020 |
| Utah, June 2018 | Wyoming, March 2020 |
| Utah, September 2018 | New Mexico, August 2020 |
| Wyoming, March 2018 | Colorado, September 2020 |
| Wyoming, June 2018 | Eastern States, September 2020 |
| Wyoming, September 2018 | Montana, September 2020 |
| Wyoming, December 2018 | Utah, September 2020 |
| Colorado, March 2019 | Wyoming, September 2020 |
| Montana, March 2019 | New Mexico, October 2020 |
| New Mexico, March 2019 | California, December 2020 |
| Utah March, 2019 | Colorado, December 2020 |
| Wyoming, February 2019 | Eastern States, December 2020 |
| Wyoming, March 2019 | Nevada, December 2020 |
| Colorado June 2019 | Utah, December 2020 |
| Eastern States, June 2019 | Wyoming, December 2020 |
| Nevada, June 2019 | New Mexico, January 2021 |
| Utah, June 2019 | |

18. From 2017 to 2021, CBD submitted comments on and/or filed formal protests against NEPA plans and decisions approving the following offshore oil and gas lease sales and plans:

- Preliminary Revised 5-Year OCS Leasing Program for 2007–2012—Comments submitted on May 3, 2010;

- Proposed 5-Year OCS Oil and Gas Leasing Program for 2012– 2017—Comments submitted on Feb. 8, 2012; Environmental Impact Statement on Gulf of Mexico 2017–2022 Lease Sales—Comments submitted on March 29, 2015;

2

- 2017–2022 National OCS Draft Proposed Program—Comments submitted on March 30, 2015;
- Draft Supplemental Environmental Impact Statement on Lease Sale 247 in the Central Planning Area of the Gulf of Mexico—Comments submitted on Apr. 11, 2016;
- Draft Programmatic Environmental Impact Statement for the National OCS Oil and Gas Leasing Program: 2017–2022—Comments submitted on May 2, 2016;
- Draft Environmental Impact Statement for OCS Oil and Gas Leases in the Gulf of Mexico from 2017–2022—Comments submitted on June 6, 2016;
- 2017– 2022 OCS Proposed Program—Comments submitted on June 16, 2016;
- Scoping for Proposed Gulf of Mexico OCS Oil and Gas Lease Sales 250 and 251—Comments submitted on Sept. 19, 2016;
- Draft Environmental Impact Statement for OCS Lease Sale 244 in Cook Inlet, Alaska—Comments submitted on Sept. 22, 2016;
- Request for Information on New Five-Year National OCS Oil and Gas Leasing Program: 2019–2024—Comments submitted on Aug. 17, 2017;
- National OCS Oil and Gas Leasing Draft Proposed Program—Comments submitted on Mar. 9, 2018;
- Scoping for Proposed 2019 OCS Lease Sale in Beaufort Sea—Comments submitted on Jan. 4, 2019; and
- Scoping for the Draft Environmental Impact Statement for OCS Lease Sale 258 in Cook Inlet, Alaska—Comments submitted on Oct. 13, 2020.

19. BLM and BOEM denied many, but not all, of the CBD concerns and protests described above and moved forward with the lease sales onshore and offshore.

20. Most recently, CBD submitted comments to BLM and BOEM in response to the public comment period of the pause on oil and gas leasing. CBD's comments urged the agencies to conduct a comprehensive programmatic EIS on the federal fossil fuel leasing program and to conduct a comprehensive consultation on the effects of the program on threatened and endangered species, and their critical habitats under the ESA. CBD also urged the agency to permanently end new oil and gas leasing, consider cancelling certain leases, and phase-out existing activities,

2

including by prohibiting certain practices that prolong offshore drilling such as offshore fracking. Additionally, CBD has urged the administration to pause all permitting of oil and gas activity pending completion of a comprehensive EIS and determination that continued leasing and permitting would be consistent with reducing greenhouse gas emissions by 50 percent by 2030 and to near zero by 2040 and with limiting climate change to 1.5 degrees Celsius.

21. BLM and BOEM's decisions to pause oil and gas leasing or to postpone lease sales has benefitted CBD's mission and its members both procedurally and substantively. This includes the decision to postpone the March 2021 lease sale in the Gulf of Mexico.

22. Decisions to postpone or defer leasing for additional environmental review and/or consultation increase the likelihood of adequate consideration of environmental impacts from leasing and/or consideration of impacts to affected communities.

23. A decision to refrain from leasing lease reduces the likelihood of contamination of surface water and groundwater from spills from chemical and waste transport; chemical storage leaks; breaches in wastewater pits; leaching from landfills that receive drilling and fracking solid wastes; injection of fracking waste underground or into the ocean; and migration via abandoned or improperly constructed wells, natural faults, or intentionally created fractures. The decision also reduces the harmful impacts of water depletion on biodiversity, local ecosystems, and the availability of water to communities. Additionally, it reduces the likelihood of noise pollution that is harmful to a wide variety of wildlife.

24. CBD members also have economic and personal interests in BLM's and/or BOEM's decision not to lease. Because their homes are in close proximity to federal oil and gas development, surface contamination, air pollution, ocean or aquifer impacts from hydraulic fracturing (or "fracking") or inadequate well construction can directly impact their property values and require significant expenditures for substitute sources of drinking water. Furthermore, due to the heavy and frequent use of chemicals, proximity to fracked wells is associated with higher rates of cancer, birth defects, infant mortality, and acute health effects for nearby residents who must endure long-term exposure including carcinogenic, reproductive, and endocrine disruption effects. BLM's and/or BOEM's decision not to lease would reduce those impacts. It

1  also reduces harm to species already threatened by oil and gas activity and/or climate change, like
2  Cook Inlet beluga whales, Rice's whales, sea turtles, and corals.

3      25.    If the State of Louisiana and the other Plaintiffs in this case succeed in requiring
4  BLM and/or BOEM to offer for lease lands and waters for oil and gas exploration and
5  development, that would adversely impact the human environment and resources, all of the
6  aforementioned benefits to CBD members would be lost.

7      26.    Although CBD has an interest in defending BLM's and BOEM's decision not to
8  lease or make available certain parcels, the current Defendants in this action do not adequately
9  represent CBD's interest. CBD has requested that BLM and/or BOEM analyze numerous
10 significant impacts likely to result from the leasing of the public lands and waters for oil and gas
11 development, including but not limited to the impacts of fracking and other unconventional well
12 stimulation techniques on water resources, human health and safety, climate change, wildlife and
13 wildlife resources. However, many of these potential impacts have been omitted from or
14 inadequately considered in BLM's and BOEM's NEPA analyses for every oil and gas lease sale
15 on which CBD has provided comment or protested. Many of CBD's protests have been dismissed
16 or denied by BLM. BOEM has also repeatedly dismissed CBD's concerns raised in various
17 comment letters.

19     I declare under penalty of perjury that the foregoing is true and correct.

21 Executed on April 26, 2021 in Flagstaff, Arizona.

                                                                     _____
                                                                       Taylor McKinnon