# EXHIBIT E

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al., <br><br> *Defendants*, <br><br> and <br><br> HEALTHY GULF, et al., <br><br> *Intervenor-Defendants.* | Civ. No.:   2:21-cv-00778-TAD-KK <br><br> Judge:   Terry A. Doughty <br><br> Mag. Judge:   Kathleen Kay |

## **DECLARATION OF HALLIE TEMPLETON**

I, Hallie Templeton, declare as follows:

1. I have personal knowledge of the matters asserted in this declaration, and if called upon to testify would state the same.

2. I am the Deputy Legal Director for Friends of the Earth (FoE), a 501(c)(3) non-profit, membership-based organization with offices located in California and Washington, DC. FoE currently has over 1.5 million activists and over 140,000 members, located across all 50 states and the District of Columbia. FoE's primary mission is to defend the environment and champion a more healthy and just world by collectively ensuring environmental and social justice, human dignity, and respect for human rights and peoples' rights.

3. FoE board members, staff, and members are dedicated to fighting climate change and advocating for clean energy alternatives. FoE's Climate & Energy and Oceans & Vessels

programs directly engage in administrative and legal advocacy to protect the environment and society from climate change, pollution, and industrialization associated with fossil fuel development and greenhouse gas emissions. Key to this work is fighting to reduce greenhouse gas emissions and domestic reliance on fossil fuels, and advance clean energy. To this end, we are supportive of President Biden's temporary pause on oil and gas leasing on federal public lands and waters.

4. FoE board members, staff, and members use and enjoy federal public lands and waters near where oil and gas development is occurring or has been proposed, including coastal and offshore areas of the Gulf of Mexico and Cook Inlet, and federal lands across the country, including in Alaska, California, and the Intermountain West. Their broad uses include recreational, commercial, and subsistence activities such as camping, hiking, wildlife viewing, photography, paddling, swimming, meditating, hunting, and fishing. Their enjoyment of these activities is heavily dependent on the health and abundance of the surrounding ecosystem.

5. Oil and gas activity in the Gulf of Mexico already is harming the interests of FoE's staff and members. For example, one FoE member located in Mobile, Alabama suffers from degraded air and water quality and has lost easy access to healthy wild fish stock that were once abundant – due to oil and gas activity in the Gulf.

6. Some FoE staff and members are also native Alaskans and participate in traditional and cultural activities of hunting, gathering, and fishing, and are directly inhibited by nearby federal oil and gas development. For instance, increased overflights, airboats, freighters, track vehicle traffic, and personnel contact associated with the Alpine oilfield near Nuiqsut, Alaska, have caused wildlife to stop frequenting the area, preventing abundant harvests of ducks, geese, and caribou. These disturbances are also harming nesting grounds in the area, affecting

the density of birds in traditional hunting grounds. FoE's Alaskan members and staff are concerned about similar effects occurring near new federal oil and gas leasing in the state.

7. FoE and its board members, staff, and members are also impacted by the significant impacts of climate change, which are caused in part by federal fossil fuel leasing and development. Rising sea levels and increased storm activity are tied to climate change, which is directly related to the work that FoE does through its Ocean & Vessels and Climate & Energy programs. Sea change and storm intensity also affect our board, staff, and members who live, work, and recreate in coastal areas. Climate change is directly affecting the health and vitality of the Gulf of Mexico region, where the majority of domestic offshore drilling activity occurs. In recent years, climate change has been linked to myriad problems in the Gulf of Mexico, including but not limited to: coral die-off; exacerbated Harmful Algal Blooms like the red tide; destruction of habitat and populations of fisheries, marine mammals, and other wildlife; increased hurricane activity; heightened levels of flooding; accelerated erosion; loss of wetlands and low-lying terrestrial ecosystems; and seawater intrusion into freshwater sources. Rising temperatures also shorten viable growing seasons globally, which are directly related to the work of our Food & Agriculture program. Truncated "frost-free" seasons impact our farmer and other food-producing partners, as well as all consumers. Finally, climate change is causing Arctic ice to melt at a rapid pace and the region is expected to become ice free within the next 50 years. FoE has an established Arctic Shipping campaign, which seeks to prevent harms of climate change on Arctic communities, Arctic food security, and Indigenous peoples' cultures, all of which stand to be greatly impacted.

8. Since its inception in 1969, FoE has been dedicated to the reduction of greenhouse gas emissions and domestic reliance on fossil fuels, as well as the advancement of

clean energy. To this end, we have been strong proponents of the "Keep It In The Ground" and "Protect All Our Coasts" coalition campaigns, which aim to protect public lands and waters from fossil fuel extraction. Our work toward this goal includes organizing and hosting direct-action events, legislative advocacy and policy analysis, government scrutiny and accountability, publications of reports and easy-to-read fact sheets to help educate the public, as well as other communications, outreach, and social media. We have challenged lease sales across the country through letters of protest as well as litigation where necessary. Recent challenges include lease sales in Bakersfield, Kern County, California; the Arctic National Wildlife Research; and the National Petroleum Reserve-Alaska. More recent lease sales of significant concern to FoE are the proposed (currently postponed) lease sales in federal waters of the Gulf of Mexico (proposed Lease Sale 257 for 2021) and Alaska's Cook Inlet (proposed Lease Sale 258 for 2021) and the March 2021 competitive oil and gas lease sales on federal public lands in Colorado, Utah, Wyoming, and Montana.

9. Friends of the Earth is an outspoken proponent of protecting the Central and Western Gulf of Mexico Planning Areas from ongoing and expanded fossil fuel leasing. Since my employment with Friends of the Earth began in 2017, I have worked to support our partners in the Gulf by lobbying members of Congress to introduce legislation that would stop new lease sales for offshore drilling in the Gulf and issuing press statements to amplify the message that the Gulf needs protection when it is omitted from legislative packages to end offshore drilling in other regions. FoE is also a plaintiff in ongoing litigation over federal actions that enable oil and gas development to persist in the Gulf in ways that risk future oil spills and further harms the Gulf's species and habitats. We are currently challenging the Bureau of Safety and Environmental Enforcement's 2019 rollback of the Well Control and Blowout Preventer Rule, a

4

series of offshore drilling safety regulations that were put in place after the 2010 Deepwater Horizon oil spill disaster in the Gulf of Mexico. We are also challenging the National Marine Fisheries Service's 2020 issuance of a Biological Opinion that relies on inadequate analyses and mitigation measures to expand offshore drilling throughout the Gulf of Mexico.

10. Friends of the Earth has spent a significant organizational effort advocating for a pause on new oil and gas leases. Since November 1, 2020, we collected more than 45,000 petition signatures in support of pausing oil and gas leasing on federal lands and waters. We joined a December 15, 2020 letter to President Biden from 574 organizations calling for a day-one Executive Order placing a pause on new oil and gas leasing. Finally, on January 25, 2021, we issued a joint press statement in advance of the anticipated Executive Order (EO) at issue in this matter with quotes and impressions from various organizations and frontline communities that are impacted by oil and gas extraction. Our work earned a hard-fought victory with the January 27, 2021 EO from President Biden that places a temporary pause on certain oil and gas activities pending the completion of a programmatic study. FoE is wholly supportive of this monumental move to take a closer look at the array of environmental and socio-economic harms of fossil fuel extraction, as well as to take swift and meaningful action to combat climate change.

11. The pause on new leasing benefits FoE and its board members, staff, and members in myriad ways. Indeed, each of the harms and impacts described above will be alleviated or mitigated by the pause. It will reduce the likelihood of harms from oil and gas operations, including contamination of waterways and aquifers, degraded air quality, risk of oil spills, and wildlife disruptions, and will help combat climate change. The programmatic review directed by the EO will also allow for FoE, its board, staff, and members to gain a greater understanding of the various risks posed by fossil fuel extraction so they can better advocate for

responsible management of our public commons, including by ensuring any new fossil fuel leasing is consistent with climate protection, requires adequate royalties, and protects our natural resources, cultural heritages, and surrounding ecosystems.

12.     Should the EO and its pause on leasing be invalidated or overturned, it would directly harm FoE's interests, as well as those of its board, staff, and members.  Invalidation would allow for continued and increased oil and gas leasing on public lands and waters without adequate measures to protect the climate and other resources. If the EO were overturned and additional lease sales occurred—including offshore lease sales 257 and 258, and the March 2021 onshore lease sales— those leases would be subject to the same outdated rules and regulations that currently harm FoE's interests. An adverse ruling from the Court could also significantly delay or degrade the federal government's credibility and success in swiftly and openly confronting and combating climate change.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 12th day of April, 2021.

*Hallie Templeton*
Hallie Templeton