UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**STATE OF LOUISIANA ET AL**              **CASE NO.  2:21-CV-00778**

**VERSUS**                                **JUDGE TERRY A. DOUGHTY**

**JOSEPH R BIDEN JR ET AL**               **MAGISTRATE JUDGE KAY**

**MEMORANDUM ORDER**

A Notice of Appearance [Doc. No. 72] having been filed into the record on behalf of the Defendants on April 17, 2021, and pursuant to the previous Memorandum Order [Doc. No. 7] filed in this proceeding on April 11, 2021,

**IT IS ORDERD** that Defendants shall file a response to Plaintiffs' Motion for Preliminary Injunction [Doc. No. 3] by May 19, 2021.

**IT IS FURTHER ORDERED** that Plaintiffs shall file a reply to Defendant's Response by May 28, 2021.

Further, a Motion to Intervene [Doc. No. 73] and a Motion to Transfer Case, or Alternatively, Motion to Sever and Transfer Counts V-VIII [Doc. No. 71], having been filed in this proceeding on April 27, 2021,

**IT IS ORDERED** that a response to said motions shall be filed by Plaintiffs by May 4, 2021.

**IT IS FURTHER ORDERED** that a reply by Movants shall be filed by May 6, 2021.

MONROE, LOUISIANA, this 28th day of April, 2021.

Terry A. Doughty
United States District Judge