IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY, et al., <br>                                    PLAINTIFFS, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; et al., <br>                                    DEFENDANTS. | CIVIL ACTION NO. 2:21-cv-778-TAD-KK |

## AFFIDAVIT OF SERVICE

The undersigned, having been duly sworn, states upon oath and affirmation as follows:

1. I am an employee of the Louisiana Department of Justice, the attorneys for PLAINTIFF, THE STATE OF LOUISIANA, in the above-captioned case.

2. On or about March 26, 2021, I mailed a copy of the Summons and Complaint to the last known address of DEFENDANT, JOSEPH R. BIDEN JR., as made sufficient for service by Fed. R. Civ. P. 5(b)(2)(C).

3. On or about April 8, 2021, the above referenced document was received by DEFENDANT, JOSEPH R. BIDEN JR, as evidenced by the USPS tracking receipt attached as Exhibit "A".

4. On or about March 27, 2021, I mailed a copy of the Summons and Complaint to the last known address of DEFENDANT, AMANDA LEFTON., as made sufficient for service by Fed. R. Civ. P. 5(b)(2)(C).

5. On or about April 7, 2021, the above referenced document was received by DEFENDANT, AMANDA LEFTON, as evidenced by the USPS tracking receipt attached as Exhibit "B".

IN WITNESS WHEREOF, I have set my hand this 6th day of May, 2021.

_____
Lauren Barbalich

SWORN TO AND SUBSCRIBED before me on May 6, 2021, in Baton Rouge, Louisiana.

_____ LA EBR No. 172720
Benjamin Wallace