# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70192280000050498562

Your item was delivered at 3:45 am on April 8, 2021 in WASHINGTON, DC 20500.

## ⊘ Delivered

April 8, 2021 at 3:45 am
WASHINGTON, DC 20500

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

April 8, 2021, 3:45 am
Delivered
WASHINGTON, DC 20500
Your item was delivered at 3:45 am on April 8, 2021 in WASHINGTON, DC 20500.

April 3, 2021, 11:34 am
Available for Pickup
WASHINGTON, DC 20500

April 3, 2021, 8:49 am
Arrived at Post Office
WASHINGTON, DC 20018

### April 2, 2021
In Transit to Next Facility

### March 30, 2021, 12:47 am
Departed USPS Regional Facility
BATON ROUGE LA PROCESSING CENTER

### March 26, 2021, 10:58 pm
Arrived at USPS Regional Facility
BATON ROUGE LA PROCESSING CENTER

**Product Information** ⌄

**See Less** ⌃



Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**