# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70192280000050498722

Your item was delivered to an individual at the address at 7:26 am on April 5, 2021 in WASHINGTON, DC 20230.

## ⊘ Delivered, Left with Individual

April 5, 2021 at 7:26 am
WASHINGTON, DC 20230

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**April 5, 2021, 7:26 am**
Delivered, Left with Individual
WASHINGTON, DC 20230
Your item was delivered to an individual at the address at 7:26 am on April 5, 2021 in WASHINGTON, DC 20230.

**April 3, 2021, 11:46 am**
Available for Pickup
WASHINGTON, DC 20240

**April 3, 2021, 6:43 am**
Arrived at Post Office
WASHINGTON, DC 20018

**April 2, 2021**
In Transit to Next Facility

**March 30, 2021, 11:26 pm**
Departed USPS Regional Facility
BATON ROUGE LA PROCESSING CENTER

**March 27, 2021, 1:12 am**
Arrived at USPS Regional Facility
BATON ROUGE LA PROCESSING CENTER

**Product Information** ⌄

Feedback

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**