**MINUTES OF STATUS CONFERENCE**
**TERRY A. DOUGHTY**
**U.S. DISTRICT JUDGE**
**May 14, 2021**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO.  2:21-CV-00778** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAGISTRATE JUDGE KAY** |

A telephone status conference was held in the above referenced matter on May 14, 2021, beginning at 10:00 a.m. Participating on behalf of Plaintiffs were Joseph Scott St John, Daniel Joseph Shapiro, and Elizabeth Baker Murrill. Participating on behalf of Defendants were Thomas Ports Jr., and Michael Sawyer. Also participating were Dennis Stewart and Stephanie Turk, Law Clerks, and Amy Crawford, Deputy Clerk.

The participants discussed the scheduling of a hearing for Plaintiffs' Motion for a Preliminary Injunction [Doc. No. 3]. Counsel for the parties indicated that there may be no need for the presentation of testimony at the hearing, but that they would nevertheless like the opportunity to present oral argument.  After consideration, the Court scheduled a hearing for June 10, 2021, at 9:00 a.m., in Lafayette, Louisiana.  The Court also scheduled a telephone status conference for June 3, 2021, at 1:30 p.m., for the purpose of discussing any issues which could come up regarding the hearing, such as time for oral arguments, or the evidence to be presented. The participants may use the same call-in information that was used for this status conference.

Counsel for Plaintiffs informed the Court that there could be an issue regarding the administrative records and abbreviated records. The Court indicated that if a problem arose, Plaintiffs could file a motion indicating as such and the Court would make a ruling then.

The status conference concluded at 10:16 a.m.


TAD

