**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 2:21-CV-00778** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAGISTRATE JUDGE KAY** |

**ORDER**

Considering the foregoing,

IT IS ORDERED that Defendants' Unopposed Motion to Extend the Deadline to File a Responsive Pleading [Doc. No. 124] is hereby **GRANTED**. Defendants must file a response no later than June 7, 2021.

MONROE, LOUISIANA, this 26th day of May 2021.

_____
Terry A. Doughty
United States District Judge