**MINUTES OF STATUS CONFERENCE**
**TERRY A. DOUGHTY**
**U.S. DISTRICT JUDGE**
**June 3, 2021**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 2:21-CV-00778** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KATHLEEN KAY** |

A telephone status conference was held in the above referenced matter on June 3, 2021, beginning at 1:30 p.m. Participating on behalf of Plaintiffs were Joseph Scott St John, Daniel Joseph Shapiro, and Benjamin William Wallace. Participating on behalf of Defendants were Thomas Ports Jr., and Michael Sawyer. Also participating were Dennis Stewart, Career Law Clerk, and Amy Crawford, Deputy Clerk.

The participants discussed the hearing on the pending motion for preliminary injunction set for June 10, 2021, at 9:00 a.m., in Lafayette, Louisiana, in Courtroom No. 2. The Court indicated that the parties would not be required to wear a COVID mask while in the Courtroom.

The participants discussed the electronic Courtroom. The parties are responsible for the presentation electronically of any demonstrative exhibits they would like to present. Counsel may arrive at the Courtroom at 8:30 a.m. if they would like the Deputy Clerk to assist them in connecting their laptops and making sure their equipment is compatible.

The Plaintiff States indicated they plan to have four (4) attorneys present for the hearing. The Defendant Government indicated it may have two (2) to three (3) attorneys present.

The parties indicated they do not anticipate presenting evidence at the hearing. The parties also indicated they would like to present oral arguments of less than an hour per side. After consultation with the participants, the Court indicated each side would be allowed one hour for oral arguments. The Court further indicated that time spent answering the Court's questions during oral argument would not be counted against the hour allowed.

Each side indicated they anticipate filing motions to supplement the record. After consultation with the participants, the Court directed the parties to file their motions no later than Monday, June 7, 2021, and, if a motion is contested, the Court will set an abbreviated response time so that a ruling can be made before or during the hearing.

The status conference concluded at 1:45 p.m.

TAD

