# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, ET AL. | |
| Plaintiffs, | Case No. 2:21-cv-00778 |
| v. | |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, ET AL. | Honorable Judge Terry A. Doughty |
| | Magistrate Judge Kathleen Kay |
| Defendants. | |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b), Defendants move to dismiss all claims in Plaintiffs' Complaint other than Count VI, and to dismiss the President of the United States of America as a defendant, for the reasons stated in the attached memorandum.

Respectfully submitted this 7th day of June, 2021.

JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

*/s/ Thomas W. Ports, Jr.*
THOMAS W. PORTS, JR.
MICHAEL S. SAWYER
Trial Attorneys, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:  (202) 305-5492 (Ports)
            (202) 514-5273 (Sawyer)
Fax:        (202) 305-0506
Email:      Thomas.Ports.Jr@usdoj.gov
            Michael.Sawyer@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 7, 2021, I filed the foregoing document electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ Thomas W. Ports, Jr.
Thomas W. Ports, Jr.