UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION
(HELD IN LAFAYETTE)

**STATE OF LOUISIANA ET AL**          **CASE NO.  2:21-CV-00778**

**VERSUS**                            **JUDGE TERRY A. DOUGHTY**

**JOSEPH R BIDEN JR ET AL**           **MAGISTRATE JUDGE KAY**

## MINUTES OF COURT:
### Motion Hearing

| | | | |
|---|---|---|---|
| Date: | June 10, 2021 | Presiding: | Judge Terry A. Doughty |
| Court Opened: | 9:00 a.m. | Courtroom Deputy: | Paula Jordan |
| Court Adjourned: | 12:10 p.m. | Court Reporter: | LaRae Bourque |
| Statistical Time: | 3/10 | Courtroom: | CR2 |

## APPEARANCES

| | | |
|---|---|---|
| Joseph St John, Elizabeth Murrill, Daniel Shapiro, & Benjamin Wallace | For | State of Louisiana, Plaintiff |
| Thomas Ports Jr. & Michael Sawyer | For | Joseph R Biden Jr, Defendant |

## PROCEEDINGS

This case came on for hearing on Motion for Preliminary Injunction [3], filed on behalf of plaintiffs, the motion was argued.

IT IS ORDERED that the motion is hereby TAKEN UNDER ADVISEMENT.