UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO.  2:21-CV-00778** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R. BIDEN, JR. ET AL** | **MAG. JUDGE KATHLEEN KAY** |

**ORDER**

For the reasons set forth in the Memorandum Ruling,

**IT IS ORDERED** that the Plaintiff States' Motion for Preliminary Injunction [Doc. No. 3] is **GRANTED.**

**IT IS THEREFORE ORDERED** that The United States Department of the Interior, Deb Haaland, Secretary of the Department of Interior, the United States Bureau of Land Management, Michael Nedd, Deputy Director of the Bureau of Land Management, Chad Padgett, Raymond Suazo, Kevin Mouritsen, Jamie Connell, Mitchell Leverette, John Ruhs, John Mehlhoff, Jon Raby, Steve Wells, Barry Bushue, Greg Sheehan, Kim Liebhauser, the United States Bureau of Ocean Energy Management, Amanda Lefton, Director of the Bureau of Ocean Energy Management, Michael Celata, the United States Bureau of Safety and Environmental Enforcement,  Lars Herbst, Mark Fesmire, and all their respective officers, agents, servants, employees, attorneys and all other persons who are in active consent or participation with the above, are hereby **ENJOINED** and **RESTRAINED** from implementing the Pause of new oil and natural gas leases on public lands or in offshore waters as set forth in Section 208, Executive Order 14008, 86 Fed. Reg. 7619, 7624-25 (Jan. 27, 2021) and as set forth in all documents implementing the terms of said Executive Order by said defendants, as to all eligible lands.

**IT IS FURTHER ORDERED** that the said Agency Defendants shall be **ENJOINED** and **RESTRAINED** from implementing said Pause with respect to Lease Sale 257, Lease Sale 258 and to all eligible onshore properties.

**IT IS FURTHER ORDERED** that the scope of this injunction shall be nationwide.

**IT IS FURTHER ORDERED** that this Preliminary Injunction shall remain in effect, pending the final resolution of this case, or until further orders from this Court, the United States Court of Appeals for the Fifth Circuit, or the United States Supreme Court.

**IT IS FURTHER ORDERED** that no security bond shall be required under Federal Rule of Civil Procedure 65.

**MONROE, LOUISIANA,** this 15th day of June, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE