IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, ET AL. | )<br>)<br>) |
| Plaintiffs, | ) Case No. 2:21-cv-00778<br>) |
| v. | )<br>) |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, ET AL. | ) Honorable Judge Terry A. Doughty<br>)<br>) Magistrate Judge Kathleen Kay<br>) |
| Defendants. | )<br>) |

**[PROPOSED] ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**

THIS MATTER comes before the Court on Defendants' Unopposed Motion to Extend the Deadline to File a Reply in Support of Their Motion to Dismiss (ECF No. 143). Finding good cause,

IT IS HEREBY ORDERED that the Motion is GRANTED. Defendants' reply in support of their Motion to Dismiss is due on or before July 22, 2021.

SO ORDERED this 2nd day of July, 2021.

_____
Hon. Kathleen Kay
United States Magistrate Judge