MINUTE ENTRY
TERRY A. DOUGHTY
U.S. DISTRICT JUDGE
July 26, 2021

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO.  2:21-CV-00778** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KATHLEEN KAY** |

A telephone status conference is set in this matter for Tuesday, August 17, 2021, at 1:30 p.m. C.S.T., for the purpose of setting a trial date in this proceeding.  Additionally, Government Defendants should be ready to provide the Court with updates as to efforts by Government Defendants to comply with the June 15, 2021 Order [Doc. No. 140] issued in this proceeding.  Call-in information will be provided by e-mail to counsel.

TAD

