**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**U.S. DISTRICT JUDGE**
August 10, 2021

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 2:21-CV-00778** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAGISTRATE JUDGE KAY** |

Plaintiff States filed a Motion for Order to Show Cause and to Compel Compliance with Preliminary Injunction [Doc. No. 149] on August 9, 2021. Government Defendants may file a Response to the Motion by August 24, 2021. Plaintiff States may file a Reply to the Response no later than seven (7) days after it is filed.

TAD

