**MINUTES OF STATUS CONFERENCE**
**TERRY A. DOUGHTY**
**U.S. DISTRICT JUDGE**
**August 17, 2021**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 2:21-CV-00778** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KATHLEEN KAY** |

A telephone status conference was held in the above referenced matter on August 17, 2021, beginning at 1:30 p.m. Participating on behalf of the Plaintiff States were Joseph Scott St. John, and Daniel Joseph Shapiro. Participating on behalf of the Government Defendants were Thomas Ports Jr., and Michael Sawyer. Also participating were Dennis Stewart, Law Clerk; Stephanie Turk, Law Clerk; and Amy Crawford, Deputy Clerk.

The participants discussed whether the Court should set a date for a hearing on the pending Motion for Order to Show Cause and to Compel Compliance with Preliminary Injunction [Doc. No. 149]. The Plaintiff States indicated a hearing would be necessary. The Government Defendants wished to defer expressing an opinion as to whether a hearing would be necessary until after they file their response to the Motion, which is due on August 24, 2021. After consulting with counsel, the Court indicated it would schedule another telephone status conference to discuss whether a hearing date should be set, after the parties have had an opportunity to file a response to the Motion, and a reply to the response.

The participants next discussed the briefing schedule set forth in the Rule 26(f) Case Management Report [Doc. No. 151] filed on August 12, 2021. Counsel for both sides indicated those dates were satisfactory. After consulting with counsel, the Court **ORDERED** that the briefing schedule in the Rule 26(f) Report be adopted, to wit:

| | |
|---|---|
| Defendants to lodge administrative record ("AR"): | September 17, 2021 |
| Any motion to complete AR: | 21 days after AR lodged |
| Plaintiffs' motion for summary judgment: | 30 days after AR lodged or motion to complete resolved |
| Defendants' opposition and cross motion for summary judgment | 45 days after Plaintiffs file |
| Plaintiffs' opposition and reply | 30 days after Defendants file |
| Defendants' reply | 30 days after Plaintiffs file |

The participants then discussed whether a trial date should be set. The Defendant States indicated it would be premature to set a trial date at this time. After consulting with counsel, the Court indicated it would wait until the AR had been filed and completed before setting a court date.

Finally, the participants noted that the Defendant States filed a Notice of Appeal [Doc. No. 152] as to the Court's Ruling and Order on the Motion for Preliminary Injunction [Doc. Nos. 139, 140] on August 16, 2021.

The status conference concluded at 1:40 p.m.

TAD

