**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA**

THE STATE OF LOUISIANA,
By and through its Attorney General, JEFF
LANDRY, et al.,

PLAINTIFFS,

v.

JOSEPH R. BIDEN, JR., in his official capacity
as President of the United States; et al.,

DEFENDANTS.

CIVIL ACTION NO. 2:21-cv-778-TAD-KK

## MOTION FOR EXTENSION OF DEADLINE TO REPLY TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE AND COMPEL COMPLIANCE WITH PRELIMINARY INJUNCTION

Plaintiff States respectfully move this Court for an order extending the deadline to file their reply to Defendants' Memorandum in Opposition to Plaintiffs' Motion for Order to Show Cause and Compel Compliance With Preliminary Injunction. Under this Court's Minute Entry of August 10, 2021, Plaintiff States have until August 31, 2021, to reply to Defendants' Memorandum in Opposition. Plaintiff States respectfully ask the Court to extend this deadline to and including September 3, 2021. Counsel for Defendants do not oppose this motion.

An extension is appropriate in light of Defendants' disclosure—for the first time—in their Memorandum in Opposition that they will "publicly announce both onshore and offshore leasing activity by August 31." Doc. 155 at 1. Specifically, Defendants indicate that the Bureau of Ocean Energy Management "presently anticipates sending a new [Lease Sale 257] Record of Decision to the Federal Register by August 31, 2021." Doc. 155 at 3. And Defendants indicate that the Bureau of Land Management will "publicly post [] parcel lists for NEPA scoping by August 31, 2021." Doc. 155 at 5.

These documents are directly relevant to Defendants' compliance with this Court's injunction. Plaintiff States will need to review and potentially respond to the newly released documents in their

reply brief. Given the likely technical complexity of the Lease Sale 257 Record of Decision in particular, a three-day extension would give Plaintiff States an opportunity to review and potentially respond to these recent developments in their reply brief.

Accordingly, Plaintiff States respectfully ask the Court to enter an order making September 3, 2021, their new deadline to file their reply brief in support of their motion for an order to show cause and compel compliance with the Court's injunction.

Respectfully submitted,

Dated: August 26, 2021

 _/s/ Joseph Scott St. John_

TYLER R. GREEN
DANIEL SHAPIRO
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
(703) 243-9423

JEFF LANDRY
Attorney General
ELIZABETH B. MURRILL
  Solicitor General
JOSEPH S. ST. JOHN
  Deputy Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*Counsel for Plaintiff States*

OTHER COUNSEL:

STEVE MARSHALL
  Attorney General of Alabama
Edmund G. LaCour Jr.*
  Solicitor General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, AL 36130
Tel: (334) 353-2196
Fax: (334) 353-8400
Edmund.LaCourt@AlabamaAg.gov
*Counsel for the State of Alabama*

TREG TAYLOR
  ATTORNEY GENERAL
Ronald W. Opsahl (Colo. Bar No. 35662)
  Assistant Attorney General
Alaska Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5100
Fax: (907) 276-3697
Email: ron.opsahl@alaska.gov
*Counsel for the State of Alaska*

LESLIE RUTLEDGE
  Attorney General of Arkansas
Nicholas J. Bronni*
  Solicitor General
Dylan L. Jacobs*
  Assistant Solicitor General
Office of Arkansas Attorney General Leslie
Rutledge
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-6302
Nicholas.bronni@arkansasag.gov
*Counsel for the State of Arkansas*

CHRISTOPHER M. CARR
  Attorney General of Georgia
Andrew A. Pinson*
  Solicitor General
Office of the Attorney General
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3409
apinson@law.ga.gov
*Counsel for the State of Georgia*

LYNN FITCH
  Attorney General of Mississippi
Justin L. Matheny
  Assistant Solicitor General
State of Mississippi
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205
Tel: (601) 359-3680
*Counsel for the State of Mississippi*

ERIC S. SCHMITT
    Attorney General of Missouri
Justin D. Smith*
    Deputy Attorney General for Special
Litigation
Jeff P. Johnson*
Michael E. Talent*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-0304
Fax: (573) 751-0774
Justin.Smith@ago.mo.gov
*Counsel for the State of Missouri*

AUSTIN KNUDSEN
    Attorney General of Montana
David M.S. Dewhirst*
    Solicitor General
Montana Attorney General's Office
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
406.444.4145
david.dewhirst@mt.gov
*Counsel for the State of Montana*

DOUGLAS J. PETERSON
    Attorney General of Nebraska
James A. Campbell*
    Solicitor General
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
jim.campbell@nebraska.gov
*Counsel for the State of Nebraska*

MIKE HUNTER
  Attorney General of Oklahoma
Mithun Mansinghani*
  Solicitor General
Bryan Cleveland*
  Assistant Solicitor General
Oklahoma Office of Attorney General
313 N.E. 21ST Street
Oklahoma City, OK 73105
Phone: (405) 522-4392
mithun.mansinghani@oag.ok.gov
*Counsel for the State of Oklahoma*

KEN PAXTON
  Attorney General of Texas
Brent Webster
  First Assistant Attorney General
Judd E. Stone II
  Solicitor General
Patrick Sweeten
  Deputy Attorney General
Office of the Attorney General
P.O. Box 12548 (MC 009)
Austin, Texas 78711-2548
Tel.: (512) 463-4139
Fax: (512) 474-2697
Patrick.Sweeten@oag.texas.gov
Judd.Stone@oag.texas.gov
*Counsel for the State of Texas*

SEAN D. REYES
  Attorney General of Utah
Melissa A. Holyoak*
  Solicitor General
Utah Attorney General's Office
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
385.271.2484
melissaholyoak@agutah.gov
*Counsel for the State of Utah*

PATRICK MORRISEY
   West Virginia Attorney General
Lindsay S. See*
   Solicitor General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(304) 558-2021
Lindsay.s.see@wvago.gov
*Counsel for the State of West Virginia*

*\*Admission application forthcoming*