UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**STATE OF LOUISIANA ET AL**      **CASE NO. 2:21-CV-00778**

**VERSUS**      **JUDGE TERRY A. DOUGHTY**

**JOSEPH R BIDEN JR ET AL**      **MAG. JUDGE KATHLEEN KAY**

**ORDER**

Considering the foregoing,

**IT IS ORDERED** that the Joint Motion to Extend Briefing Deadlines [Doc. No. 159] is **GRANTED**. Plaintiff States may file a Reply to the Opposition [Doc. No. 155] no later than September 17, 2021. Defendants may file objections to the Report and Recommendation [Doc. No. 154] no later than September 21, 2021.

MONROE, LOUISIANA, this 3rd day of September, 2021.

_____
Terry A. Doughty
United States District Judge