**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**STATE OF LOUISIANA ET AL**                          **CASE NO.  2:21-CV-00778**

**VERSUS**                                            **JUDGE TERRY A. DOUGHTY**

**JOSEPH R BIDEN JR ET AL**                           **MAGISTRATE JUDGE KAY**

**ORDER**

Considering the foregoing Motion for Status Conference [Doc. No. 161] filed by Plaintiff

States,

**IT IS ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**. To

the extent that Plaintiff States request a telephone status conference, the Motion is **GRANTED**. A

telephone status conference is therefore set in this matter for Thursday, September 16, 2021, at

1:30 p.m. C.S.T., for the purpose of addressing the proceedings in *Friends of the Earth v. Haaland*,

No. 1:21-cv-0231 (D.D.C.).

To the extent that Plaintiff States request that Friends of the Earth, Healthy Gulf, Sierra

Club, and Center for Biological Diversity be ordered to participate in the telephone status

conference, the Motion is **DENIED**. Call-in information will be provided by email to counsel.

MONROE, LOUISIANA, this 14th day of September 2021.

_____
Terry A. Doughty
United States District Judge