UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 2:21-CV-00778** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAGISTRATE JUDGE KAY** |

## ORDER

Considering the foregoing,

**IT IS ORDERED** that Defendants' Unopposed Motion to Extend the Briefing Schedule by Two Weeks [Doc. No. 163] is **GRANTED**. Defendants shall lodge the administrative record by October 1, 2021. The remaining deadlines in the briefing schedule [Doc. No. 153] will remain the same, as follows:

| | |
|---|---|
| Defendants to lodge administrative record ("AR") | October 1, 2021 |
| Any motion to complete AR | 21 days after AR lodged |
| Plaintiffs' motion for summary judgment | 30 days after AR lodged or motion to complete resolved |
| Defendants' opposition and cross motion for summary judgment | 45 days after Plaintiffs file |
| Plaintiffs' opposition and reply | 30 days after Defendants file |
| Defendants' reply | 30 days after Plaintiffs file. |

MONROE, LOUISIANA, this 16th day of September 2021.

_____
Terry A. Doughty
United States District Judge