**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **STATE OF LOUISIANA, ET AL** | **CASE NO. 2:21-CV-0778** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R. BIDEN, JR., ET AL** | **MAG. JUDGE KATHLEEN KAY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 154] having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Government Defendant's Motion to Dismiss Pursuant to Rule 12(b) [Doc. No. 128] requesting that the Court dismiss all claims in Plaintiff States' complaint other than Count VI, and that it dismiss the President as a party, is hereby **DENIED**.

**MONROE, LOUISIANA,** this 22nd day of September 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE