# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 30, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 21-30505   State of Louisiana v. Biden
                    USDC No. 2:21-CV-778

The court has taken the following action in this case:

The joint motion of the parties to modify briefing schedule is GRANTED. Appellants' brief is due November 16, 2021. Appellees' brief is due January 6, 2022. Any reply brief of appellants will be due within the usual 21 days after filing of the appellees' brief.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Allison G. Lopez, Deputy Clerk
                              504-310-7702

Mr. Andrew Marshall Bernie
Mr. Tony R. Moore
Ms. Elizabeth Baker Murrill
Mr. Thomas Wayne Ports Jr.