# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 2:21-CV-00778** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAGISTRATE JUDGE KAY** |

## ORDER

Considering the foregoing Unopposed Motion to Extend Record Completion Deadline [Doc. No. 183],

**IT IS ORDERED** that the Motion is **GRANTED**. Defendants shall file the administrative record by February 4, 2022.

MONROE, LOUISIANA, this 31st day of January 2022.

_____
Terry A. Doughty
United States District Judge