UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 2:21-CV-00778** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAGISTRATE JUDGE KAY** |

**ORDER**

Considering the foregoing Motion for Leave to file *Amici Curiae* Brief in Support of Plaintiffs' Motion for Summary Judgment [Doc. No. 194] filed by the American Petroleum Institute; American Exploration & Production Council; Independent Petroleum Association of America; International Association of Drilling Contractors; EnerGeo Alliance; National Ocean Industries Association; Montana Petroleum Association; North Dakota Petroleum Council; Petroleum Alliance of Oklahoma; Southeast Oil and Gas Association; Utah Petroleum Association; Western States Petroleum Association; Aries Marine Corporation ("Aries"); and Valveworks USA, Inc. ("Valveworks") (collectively, "*amici*"),

**IT IS ORDERED** that the Motion is **GRANTED**. *Amici curiae* may file their brief within seven days of Plaintiffs' filing of their motion for summary judgment.

MONROE, LOUISIANA, this 29th day of March 2022.

_____
Terry A. Doughty
United States District Judge