UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO.  2:21-CV-00778** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R. BIDEN, JR. ET AL** | **MAG. JUDGE KATHLEEN KAY** |

### ORDER

The purpose of this Memorandum Order is to clarify[1] the filing deadlines for the parties' motions for summary judgment, oppositions and/or replies.

The Plaintiff States[2] filed a Statement Regarding Supplemental Administrative Record [Doc. No. 193] on March 7, 2022, in which they withdrew their Motion for Limited Extra-Record Discovery [Doc. No. 174] without prejudice.  Accordingly,

**IT IS ORDERED** that the Plaintiff States' Motion for Limited Extra-Record Discovery [Doc. No 174] **WITHDRAWN WITHOUT PREJUDICE.**

In order to clarify the briefing schedule for Plaintiff States and Government Defendants[3],

---

[1] The Court's Memorandum Order in [Doc. No. 180] is inconsistent with previous deadlines in [Doc. No. 153].
[2] [2] The Plaintiff States consist of the States of Louisiana, Alabama, Alaska, Arkansas, Georgia, Mississippi, Missouri, Montana, Nebraska, Oklahoma, Texas, Utah, and West Virginia.
[3] Government Defendants consist of Joseph R. Biden, Jr. in his official capacity as President of the United States; Deb Haaland, in her official capacity as Secretary of the Interior; Michael Nedd, in his official capacity as Deputy Director of the Bureau of Land Management; Chad Padgett, in his official capacity as Director of the Bureau of Land Management Alaska Office; Raymond Suazo, in his official capacity as Director for the Bureau of Land Management Arizona  Office; Karen Mouristen, in her official capacity as Director for the Bureau of Land Management California Office; Jamie Connell, in his official capacity as Director for the Bureau of Land Management Colorado Office; Mitchell Leverette, in his official capacity as Director for the Bureau of Land Management Eastern States Office; John Ruhs, in his official capacity as Director for the Bureau of Land Management Idaho Office; John Mehlhoff, in his official capacity as Director for the Bureau of Land Management Montana – Dakotas Office; Jon Raby, in his official capacity as Director for the Bureau of Land Management Nevada Office; Steve Wells, in his official capacity as Director for the Bureau of Land Management New Mexico Office; Barry Bushue, in his official capacity as Director for the Bureau of Land Management Oregon-Washington Office; Greg Sheehan, in his official capacity as Director for the Bureau of Land Management Utah Office; Kim Liebhauser, in her official capacity as Director for the Bureau of Land Management Wyoming Office; Amanda Lefton, in her official capacity as Director of the Bureau of Ocean Energy Management; Michael Celata, in his official capacity as Regional Director of the Bureau of Ocean Energy Management Gulf of Mexico Office; Lars Herbst, in his official capacity as Regional Director of Bureau of Safety and Environmental Enforcement Gulf of

**IT IS FURTHER ORDERED** that the following briefing schedule be adopted:

| | |
|---|---|
| Plaintiff States' motion for summary judgment | 30 days from date of this Order |
| Government Defendants' opposition and cross motion for summary judgment | 45 days after Plaintiff States filing |
| Plaintiff States' opposition and reply | 30 days after Government Defendants filing |
| Government Defendants' reply | 30 days after Plaintiff States filing |

**MONROE, LOUISIANA**, this 30th day of March 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

---

Mexico OCS Office; and Mark Fesmire, in his official capacity as Regional Director of the Bureau of Safety and Environmental Enforcement Alaska and Pacific Office.