IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, ET AL. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JOSEPH R. BIDEN, JR., in his official capacity ) <br> as President of the United States, ET AL. ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:21-cv-00778 <br><br> Honorable Judge Terry A. Doughty <br><br> Magistrate Judge Kathleen Kay |

## NOTICE OF COMPETITIVE LEASE SALE ACTIVITY

Defendants respectfully submit this notice of competitive lease sale activity that occurred on April 18, 2022, when the Bureau of Land Management (BLM) published notices of competitive lease sales to be held in June 2022. *See* Exs. A–F. As Defendants previously noticed the Court, a preliminary injunction from the United States District Court for the Western District of Louisiana prevented them from publishing lease sale notices necessary to hold lease sales in the first quarter of 2022. Doc. 191, Notice of Related Court Action and Its Effect on Lease Sales. Defendants respectfully submit this notice regarding further court activity addressing that preliminary injunction, and subsequent agency activity on lease sales.

Since that preliminary injunction issued on February 11, 2022, the defendant agencies promptly sought to stay that injunction. On February 19, 2022, the defendant agencies appealed the injunction and moved the district court to stay the injunction pending resolution of their appeal. Ex. G, Defs.' Mot. for a Stay Pending Appeal, No. 21-cv-1074, Doc. 102 (W.D. La. Feb. 19, 2022). On March 1, 2022, the defendant agencies moved the United States Court of Appeals for the Fifth Circuit to stay the injunction; the Fifth Circuit granted that motion on March 16, 2022. *Louisiana by & through Landry v. Biden*, No. 22-30087, 2022 WL 866282, at *3 (5th Cir.

Mar. 16, 2022). The State of Louisiana filed a petition for rehearing en banc on March 30, 2022. Pet. for Rehearing En Banc, *Louisiana by & through Landry v. Biden,* Case No. 22-30087 (5th Cir. Mar. 30, 2022). The Fifth Circuit denied that rehearing petition on April 14, 2022. Ex. H, Order on Petition for Rehearing En Banc, (5th Cir. Apr. 14, 2022).

On April 15, 2022, the Department of the Interior announced that it would publish competitive lease sale notices.[1] Interior published those competitive sale notices the following business day, on April 18, 2022. Exs. A–F.

Respectfully submitted this 22nd day of April, 2022.

>TODD KIM
>Assistant Attorney General
>Environment & Natural Resources Division
>U.S. Department of Justice
>
>*/s/      Michael S. Sawyer*
>THOMAS W. PORTS, JR., Trial Attorney
>MICHAEL S. SAWYER, Senior Attorney
>Natural Resources Section
>Ben Franklin Station, P.O. Box 7611
>Washington, D.C. 20044-7611
>Telephone:    (202) 305-5492 (Ports)
>              (202) 514-5273 (Sawyer)
>Fax:          (202) 305-0506
>Email:        Thomas.Ports.Jr@usdoj.gov
>              Michael.Sawyer@usdoj.gov
>
>*Counsel for Defendants*

---

[1] U.S. Dept. of Interior, Interior Department Announces Significantly Reformed Onshore Oil and Gas Lease Sales (Apr. 15, 2022), https://www.doi.gov/pressreleases/interior-department-announces-significantly-reformed-onshore-oil-and-gas-lease-sales.