IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY, et al.,<br><br>                                              PLAINTIFFS,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; et al.,<br>                                              DEFENDANTS. | CIVIL ACTION NO. 2:21-cv-778-TAD-KK |

### Motion for Summary Judgment

The States of Louisiana, Alabama, Alaska, Arkansas, Georgia, Mississippi, Missouri, Montana, Nebraska, Oklahoma, Texas, Utah, and West Virginia (collectively "Plaintiff States") respectfully move this Court for an order under Rule 65 of the Federal Rules of Civil Procedure granting summary judgment in their favor against the named Defendants in their official capacities. As explained in the Complaint and attached Memorandum, Defendants have acted beyond their statutory authority and violated the Outer Continental Shelf Lands Act, Mineral Leasing Act, and Administrative Procedure Act.

This Motion is made on the grounds specified in this Motion, the Complaint, the accompanying Memorandum of Law, the exhibits attached to the Complaint and to this Motion, all matters of which this Court may take judicial notice, and on such other and further oral or documentary evidence as may be presented to the Court at or before the hearing on this Motion.

For these reasons Plaintiff States request an Order:

1. holding unlawful and setting aside the Pause;

2. declaring Section 208 of Executive Order 14008 unlawful;

3. permanently enjoining the Executive Branch from implementing Section 208 of Executive Order 14008 or the Pause;

4. compelling Defendants to hold lease sales in accordance with OCSLA and the MLA;

5. granting all other relief to which Plaintiff States are entitled, including but not limited to attorneys' fees and costs.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 29, 2022 | /s/ Elizabeth B. Murrill |
| TYLER R. GREEN<br>DANIEL SHAPIRO<br>CONSOVOY MCCARTHY PLLC<br>222 S. Main Street, 5th Floor<br>Salt Lake City, UT 84101<br>(703) 243-9423 | JEFF LANDRY<br>Attorney General<br>ELIZABETH B. MURRILL<br>  Solicitor General<br>JOSEPH S. ST. JOHN<br>  Deputy Solicitor General<br>LOUISIANA DEPARTMENT OF JUSTICE<br>1885 N. Third Street<br>Baton Rouge, LA 70804<br>Tel: (225) 326-6766<br>murrille@ag.louisiana.gov<br>stjohnj@ag.louisiana.gov<br><br>*Counsel for Plaintiff States* |

OTHER COUNSEL:

STEVE MARSHALL
  Attorney General of Alabama
Edmund G. LaCour Jr.
  Solicitor General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, AL 36130
Tel: (334) 353-2196
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAg.gov
*Counsel for the State of Alabama*

TREG TAYLOR
  Attorney General of Alaska
Ronald W. Opsahl (Colo. Bar No. 35662)
  Assistant Attorney General
Alaska Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5100
Fax: (907) 276-3697
ron.opsahl@alaska.gov
*Counsel for the State of Alaska*

LESLIE RUTLEDGE
   Attorney General of Arkansas
Nicholas J. Bronni
   Solicitor General
Dylan L. Jacobs
   Assistant Solicitor General
Office of Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-6302
Nicholas.bronni@arkansasag.gov
*Counsel for the State of Arkansas*

CHRISTOPHER M. CARR
   Attorney General of Georgia
Stephen Petrany
   Solicitor General
Office of the Attorney General
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov
*Counsel for the State of Georgia*

LYNN FITCH
   Attorney General of Mississippi
Krissy C. Nobile
   Deputy Solicitor General
State of Mississippi
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205
Tel: (601) 359-3680
*Counsel for the State of Mississippi*

ERIC S. SCHMITT
   Attorney General of Missouri
Justin D. Smith
   Deputy Attorney General for Special
Litigation
Jeff P. Johnson
Michael E. Talent
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-0304
Fax: (573) 751-0774
Justin.Smith@ago.mo.gov

*Counsel for the State of Missouri*

AUSTIN KNUDSEN
  Attorney General of Montana
David M.S. Dewhirst
  Solicitor General
Montana Attorney General's Office
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
406.444.4145
david.dewhirst@mt.gov
*Counsel for the State of Montana*

DOUGLAS J. PETERSON
  Attorney General of Nebraska
James A. Campbell
  Solicitor General
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
jim.campbell@nebraska.gov
*Counsel for the State of Nebraska*

JOHN M. O'CONNOR
  Attorney General of Oklahoma

Bryan Cleveland
  Deputy Solicitor General
Oklahoma Office of Attorney General
313 N.E. 21ST Street
Oklahoma City, OK 73105
Phone: (405) 521-3921
bryan.cleveland@oag.ok.gov
*Counsel for the State of Oklahoma*

KEN PAXTON
  Attorney General of Texas
Brent Webster
  First Assistant Attorney General
Judd E. Stone II
  Solicitor General
Patrick Sweeten
  Deputy Attorney General
Office of the Attorney General
P.O. Box 12548 (MC 009)
Austin, Texas 78711-2548

Tel.: (512) 463-4139
Fax: (512) 474-2697
Patrick.Sweeten@oag.texas.gov
Judd.Stone@oag.texas.gov
*Counsel for the State of Texas*

SEAN D. REYES
   Attorney General of Utah
Melissa A. Holyoak
   Solicitor General
Utah Attorney General's Office
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
(385) 271.2484
melissaholyoak@agutah.gov
*Counsel for the State of Utah*

PATRICK MORRISEY
   Attorney General of West Virginia
Lindsay S. See
   Solicitor General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(304) 558-2021
Lindsay.s.see@wvago.gov
*Counsel for the State of West Virginia*