IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

THE STATE OF LOUISIANA,
By and through its Attorney General, JEFF LANDRY; et al.,
PLAINTIFFS,

v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; et al.,
DEFENDANTS.

CIVIL ACTION NO. 2:21-cv-778-TAD-KK

**[Proposed] ORDER**

For the reasons set forth in the Memorandum Ruling,

**IT IS ORDERED** that the Plaintiff States' Motion for Summary Judgment is **GRANTED**.

**IT IS THEREFORE ORDERED** that the Pause of offshore and onshore oil and gas leasing described in the Memorandum Ruling is **VACATED**.

**IT IS FURTHER ORDERED** that Section 208 of Executive Order 14008 is **DECLARED UNLAWFUL**.

**IT IS FURTHER ORDERED** that Defendants (excepting the President) are **PERMANENTLY ENJOINED** and **RESTRAINED** from implementing the Pause, Section 208 of Executive Order 14008, or any similar pause or delay of oil and gas leasing framework set out in OCSLA and the MLA.

**IT IS FURTHER ORDERED** that Defendants (excepting the President) are **PERMANENTLY ENJOINED** and **RESTRAINED** from withholding or delaying oil and gas lease sales under OCSLA and the MLA.

- 2 -

**MONROE, LOUISIANA,** this ___ day of _____, 20___.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE
