**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**U.S. DISTRICT JUDGE**
**May 2, 2022**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 2:21-CV-00778** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAGISTRATE JUDGE KAY** |

On April 29, 2022, Plaintiff States filed a Motion for Summary Judgment [Doc. No. 199]. Accordingly,

Government Defendants' opposition and cross motion for summary judgment may be filed on or before Monday, June 13, 2022.

Plaintiff States' opposition and reply may be filed thirty days (30) after the opposition and cross motion for summary judgment are filed.

Government Defendants may file a reply thirty (30) days after Plaintiff States file their opposition and reply.

TAD

*TAD*