UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, et al., | Case No. 21-cv-778 |
| Plaintiff | |
| VS. | Judge Terry A Doughty |
| JOSEPH R. BIDEN, JR., et al., | Magistrate Judge Kathleen Kay |
| Defendant | |

**ORDER**

IT IS ORDERED that Bryan Cleveland be and is hereby admitted to the bar of this Court pro hac vice on behalf of The State of Oklahoma in the above described action.

SO ORDERED on this, the 19th day of May, 2022.

_____
U.S. Magistrate Judge