IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

THE STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY, et al.,

       *Plaintiffs,*

v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al.,

       *Defendants.*

Case No: 21-cv-778-TAD-KK

### **[PROPOSED] ORDER**

Considering the motion of Mithun Mansinghani to withdraw as Pro Hac Vice counsel for Plaintiff State of Oklahoma,

IT IS ORDERED that the motion is GRANTED. Mithun Mansinghani is withdrawn as Pro Hac Vice counsel for Plaintiff, the State of Oklahoma, in the above-captioned case.

Dated this 20th day of May, 2022.

_____
United States Magistrate Judge