IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, ET AL. | |
| Plaintiffs, | Case No. 2:21-cv-00778 |
| v. | |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, ET AL. | Honorable Judge Terry A. Doughty |
| | Magistrate Judge Kathleen Kay |
| Defendants. | |

### DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

Defendants Joseph R. Biden, Jr., in his official capacity as President of the United States, et al., respectfully cross-move the Court to grant summary judgment in their favor. As explained in the accompanying Memorandum, Plaintiffs ask the Court to exceed statutory and constitutional constraints on its jurisdiction and seek relief to which they are entitled.

For reasons explained in the accompanying Memorandum, Statement of Facts, administrative records, and cited declarations, Defendants request that the Court dismiss Plaintiffs' claims for want of jurisdiction and deny Plaintiffs' requested relief.

Respectfully submitted this 13th day of June, 2022.

                TODD KIM
                Assistant Attorney General
                Environment & Natural Resources Division
                U.S. Department of Justice

*/s/ Michael S. Sawyer*
THOMAS W. PORTS, JR., Trial Attorney
MICHAEL S. SAWYER, Senior Attorney
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-5492 (Ports)
      (202) 514-5273 (Sawyer)
Fax:   (202) 305-0506
Email:  Thomas.Ports.Jr@usdoj.gov
      Michael.Sawyer@usdoj.gov

*Counsel for Defendants*