# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, ET AL. | |
| Plaintiffs, | Case No. 2:21-cv-00778 |
| v. | |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, ET AL. | Honorable Judge Terry A. Doughty |
| | Magistrate Judge Kathleen Kay |
| Defendants. | |

## [Proposed] ORDER

For the reasons set forth in the Memorandum Ruling,

IT IS ORDERED that Plaintiffs' Motion for Summary Judgment is DENIED.

IT IS FURTHER ORDERED that Defendants' Cross-Motion for Summary Judgment is GRANTED.

**MONROE, LOUISIANA,** this \_\_ day of _____, 20\_\_.

_____

TERRY A. DOUGHTY

UNITED STATES DISTRICT JUDGE