UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

STATE OF LOUISIANA ET AL                   CASE NO.  2:21-CV-00778

VERSUS                                                     JUDGE TERRY A. DOUGHTY

JOSEPH R BIDEN JR ET AL                    MAG. JUDGE KATHLEEN KAY


### JUDGMENT

For the reasons set forth in the Memorandum Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary

Judgment [Doc. No. 199] filed by Plaintiff States is **GRANTED IN PART** and **DENIED IN**

**PART**.  The Cross-Motion for Summary Judgment [Doc. No. 209] filed by Government

Defendants is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that President Joseph

R. Biden, Jr., in his official capacity as President of the United States, the United States

Department of the Interior, Deb Haaland, Secretary of the Department of the Interior, the United

States Bureau of Land Management, Michael Nedd, Deputy Director of the Bureau of Land

Management, Chad Padgett, Raymond Suazo, Karen Mouritsen, Jamie Connell, Mitchell

Leverette, John Ruhs, John Mehlhoff, Jon Raby, Steve Wells, Barry Bushue, Greg Sheehan, Kim

Liebhauser, the United States Bureau of Ocean Energy Management, Amanda Lefton, Director

of the Bureau of Ocean Energy Management, Michael Celata, the United States Bureau of Safety

and Environmental Enforcement, Lars Herbst, Mark Fesmire, and all their respective offices,

agents, servants, employees, attorneys and all other persons who are in active consent or

participation with the above, are hereby **ENJOINED** and **RESTRAINED** from implementing a

Stop, referred to in Executive Order 14008 as a Pause, of eligible oil and natural gas leases in

public lands or in offshore waters, as set forth in Section 208 of Executive Order 14008, as to

any eligible lease sales cancelled or postponed prior to March 24, 2021, and involving the

thirteen (13) Plaintiff States.

       **IT IS FURTHER ORDERED** that the scope of this injunction shall be limited to the

thirteen Plaintiff States.  The previous nationwide injunction shall be lifted as to states other than

the thirteen Plaintiff States.

       **IT IS FURTHER ORDERED** that this Permanent Injunction shall remain in effect,

pending further orders from this Court, the United States Court of Appeals for the Fifth Circuit,

or the United States Supreme Court.

       **IT IS FURTHER ORDERED** that no security bond shall be required under Federal

Rule of Civil Procedure 65.

       **MONROE, LOUISIANA**, this 18th day of August 2022.

 

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**